UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23576-ALTMAN

**LINDA RUGGIERO**,

    *Plaintiff*,

v.

**NCL (BAHAMAS) LTD**. *d/b/a*
**NORWEGIAN CRUISE LINE**,

    *Defendant*.
_____/

## ORDER TO SHOW CAUSE

Federal Rule of Civil Procedure 4(m) requires the Plaintiff to serve the summons and complaint on each defendant within 90 days after initiating her lawsuit. *See* FED. R. CIV. P. 4(m). The Plaintiff filed this action on September 17, 2024, giving her until December 16, 2024, to perfect service. *See* Complaint [ECF No. 1].[1] As of this writing, however, the Plaintiff hasn't filed proof of service on the Defendant. *See generally* Docket. Accordingly, we hereby **ORDER** the Plaintiff to serve the Defendant and to file proof of service on the docket by **December 16, 2024**. Failure to serve by that date will result in dismissal without further notice.

**DONE AND ORDERED** in the Southern District of Florida on November 20, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] It's true that the Plaintiff's operative Second Amended Complaint wasn't filed until October 7, 2024, *see* Second Amended Complaint [ECF No. 7], but the 90-day period "provided by Rule 4(m) is not restarted by the filing of an amended complaint except as to those defendants newly added in the amended complaint." *Bolden v. City of Topeka, Kan.*, 441 F.3d 1129, 1148 (10th Cir. 2006). Since the Second Amended Complaint didn't add any new defendants, the 90-day period for the Plaintiff to serve the Defendant hasn't been reset.