UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 24-CV-23576

LINDA RUGGIERO,
        Plaintiff,

vs.

NCL (BAHAMAS) LTD., A
BERMUDA COMPANY d/b/a
NORWEGIAN CRUISE LINE

        Defendant,

_____/

## PLAINTIFFS' NOTICE OF FILING PROOF OF SERVICE

Plaintiff, LINDA RUGGIERO, by and through her undersigned counsel, hereby files her proof of service upon Defendant, NCL (BAHAMAS) LTD., A BERMUDA COMPANY d/b/a NORWEGIAN CRUISE LINE with the Court.

Dated this 21st day of November 2024.

Respectfully Submitted,

ROUSSO BOUMEL LAW FIRM
Counsel for Plaintiffs
9350 South Dixie Highway, Suite 1520
Miami, Fl. 33156
Tel: (305) 670-6669
Darren@roussolawfirm.com

By:   */s Darren J. Rousso*
      Darren J. Rousso, Esq.
      Florida Bar #0097410
      Service emails:
      Gen@roussolawfirm.com
      Pleadings@roussolawfirm.com